**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                              **Case No. 2:70-cv-00010-BSM**

**COTTON PLANT SCHOOL DISTRICT #1, et al.**                    **DEFENDANTS**

**NOTICE OF COMPLIANCE WITH PUBLIC NOTICE ORDER**

Separate Defendant England School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Notice of Compliance with this Court's Order for Public Notice (ECF Doc. 94), alleges and states:

1.    The Court ordered that the District's motion for declaration of unitary status and the accompanying written comment/objection form be publicly circulated through the legal notice section of the *Arkansas Democrat-Gazette* and on the District's website and through the District's social media account(s).   The Court also ordered the notice be posted in the office the superintendent and in each school in the District.

2.    Attached as <u>Exhibit 1</u> is the Statement of Legal Advertising from the *Arkansas Democrat-Gazette* that the notice ran on November 20 and 27 of 2022.

3.    Attached as <u>Exhibit 2</u> is the agenda of the District's November 10, 2022 Board Meeting, where the notice was discussed as a new business item in the regular monthly public meeting.

4.    Attached as <u>Exhibit 3</u> is a "screenshot" of the District's public Facebook page showing the notice was posted on December 15, 2022.  This is the only District-operated social media account.

5.    Attached as <u>Exhibit 4</u> are photos depicting the display of the notice in the office of the superintendent and at the entrance of elementary and high school entrance.

6.     The District has received comments and objections to the pending motion for unitary status and those will be filed with the Court under a separate notice, along with a response from the parties.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: ckees@bbpalaw.com

By: _____**Cody Kees**_____
      W. Cody Kees, Ark. Bar #2012118

*Attorney for England School District*