# Arkansas Democrat-Gazette
## STATEMENT OF LEGAL ADVERTISING

BEQUETTE BILLINGSLEY KEES
425 W CAPITOL AVE
LITTLE ROCK AR  72201

ATTN: Faith Durham

DATE : 11/27/22       INVOICE #:    3268718
ACCT #: L1068360      P.O. #:

REMIT TO:
ARKANSAS DEMOCRAT-GAZETTE INC.
P.O. BOX 2221
LITTLE ROCK, AR 72203

For Billing Questions call: 501-399-3660

**AD COPY**

STATE OF ARKANSAS,   }
COUNTY OF PULASKI,   }  ss.

I, Charles A McNeice Jr, do solemnly swear that I am the Business Manager of the Arkansas Democrat-Gazette, a daily newspaper printed and published in said County, State of Arkansas; that I was so related to this publication at and during the publication of the annexed legal advertisement the matter of:
        2:70-CV-00010-BSM
pending in the  Court, in said County, and at the dates of the several publications of said advertisement stated below, and that during said periods and at said dates, said newspaper was printed and had a bona fide circulation in said County; that said newspaper had been regularly printed and published in said County, and had a bona fide circulation therein for the period of one month before the date of the first publication of said advertisement; and that said advertisement was published in the regular daily issues of said newspaper as stated below.

| DATE  | DAY | LINAGE | RATE | DATE | DAY | LINAGE | RATE |
|-------|-----|--------|------|------|-----|--------|------|
| 11/20 | Sun | 208    | 1.57 |      |     |        |      |
| 11/27 | Sun | 208    | 1.57 |      |     |        |      |

TOTAL COST -------------------------        653.12
Billing Ad #:  75623772

*[Signature: Charles G McNeice]*

Subscribed and sworn to before me on this 28 day of Nov, 20 22

OFFICIAL SEAL - #12706819
**DEBORAH F. CHANEY**
NOTARY PUBLIC-ARKANSAS
SALINE COUNTY
MY COMMISSION EXPIRES: 02-20-29

Signature of Notary Public

**EXHIBIT 1**

# Arkansas Democrat Gazette

## STATEMENT OF LEGAL ADVERTISING

THIS PAGE USED FOR ADDITIONAL AD COPY SPACE AS NEEDED.
PAGE MAY BE BLANK

---

IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS EASTERN DIVISION
UNITED STATES OF AMERICA, PLAINTIFF
v.
Case No. 2:70-cv-00010-BSM
COTTON PLANT SCHOOL DISTRICT #1, et al., DEFENDANTS
NOTICE OF MOTION FOR DECLARATION OF UNITARY STATUS

Defendant England School District ("District") gives notice that the District has filed a Motion for Unitary Status, which may affect you. In the motion, the District asks the Court to declare that the District has achieved unitary status, to dissolve all prior injunctive orders in the case, and to dismiss the case.

In 1970, the District was sued by the United States for the unlawful operation of a racially dual system of public education in violation of the Fourteenth Amendment to the U.S. Constitution. On July 6, 2022, the District filed a motion asking the Court to determine that the District has achieved unitary status in the areas of student assignment, faculty and staff, transportation, facilities, and extracurricular activities, to dissolve all remaining injunctive orders in the case, and to dismiss the case.

If the Court grants the District's motion, the Court will enter an order finding that the District has achieved unitary status, vacating all prior orders and injunctions in the case, dismissing the case, and concluding the lawsuit.

The District's complete motion for unitary status is filed with the federal court and is available for inspection at the Office of Superintendent, 501 Pine Bluff Highway, England, Arkansas 72046, and on the District's website.

This notice and the motion for unitary status have also been filed with the United States District Court for the Eastern District of Arkansas, in Little Rock, Arkansas. The Honorable Brian S. Miller will determine whether or not the motion for unitary status should be granted. Interested persons may submit written objections or comments to counsel for the Parties. Written objections or comments must be postmarked or emailed no later than December 13, 2022. Written objections or comments should be made on forms that are available at the Office of the District's Superintendent, 501 Pine Bluff Highway, England, Arkansas 72046, at each school in the District, and on the District's website: https://www.england-lions.net. Written objections or comments must either be (1) mailed to BBK Law, Attn: Cody Kees, 425 West Capitol Avenue, Suite 3200, Little Rock, Arkansas 72201 or (2) e-mailed to England@usdoj.gov.

If you have questions, you may contact counsel for the District, Cody Kees, at ckees@bbpalaw.com or (501) 374-1107, or counsel for the United States, James Eichner, at james.eichner@usdoj.gov or (202) 598-5022.

---

IN THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS EASTERN DIVISION
UNITED STATES OF AMERICA, PLAINTIFF
v.
Case No. 2:70-cv-00010-BSM
COTTON PLANT SCHOOL DISTRICT #1, et al., DEFENDANTS
OBJECTION AND COMMENT FORM

I wish to object or comment about the England School District's motion for declaration of unitary status and for dismissal of the case. I understand that I must either (1) mail my written objection or comment to Bequette, Billingsley & Kees, P.A., Attn: Cody Kees, 425 West Capitol Avenue, Suite 3200, Little Rock, Arkansas 72201, or (2) e-mail my written objection or comment form to England@usdoj.gov. I understand that my written objection or comment form must be postmarked or emailed no later than December 13, 2022. I understand that my objection or comment will be filed with the Court and can be read by the School District, the United States, or any other interested person or party.

The space on this page is for written objection or comment. If you have any additional pages and/or documents supporting your objection or comments, please attach them to this form.

OBJECTION OR COMMENT

_____
_____
_____
_____

If your comment/objection relates to a particular incident, please provide the date and school where the incident(s) occurred:

Printed Name _____
Signature _____
Address _____
Telephone _____

Check as appropriate:
___ I have children who now attend the England School District
___ I have children who attended the England School District in the past.
___ I am a current employee of the England School District.
___ I am not currently employed by England School District but I have been employed there in the past.
___ I have applied for employment with the England School District but have never been employed by the District.

756237721