

England School District
501 Pine Bluff Highway
England, AR 72046
Phone: 501-842-2996
Fax: 501-842-3698
Tyler Scott, Superintendent

## ENGLAND SCHOOL DISTRICT BOARD MEETING
Thursday, November 10, 2022
Regular Session/6:00 p.m./Superintendent's Office

### ANNUAL REPORT TO THE PUBLIC/6:00 p.m.

I. **Meeting Called to Order/Pledge**

II. **Consent Agenda**
   a. Approve October 18, 2022 Board Meeting Minutes
   b. Approve Financial Statements

   **Reorganization of Officers**

III. **New Business**
   a. Principal Reports
   b. Unitary Status
   c. Safety Film Proposal
   d. Approve Payment of Corrected Invoices from The SportStop
   e. Approve Quotes from Progressive Technology
   f. Approve Quote from White River Services & Solutions
   g. Bonuses

IV. **Adjourn**

School Board:
Jim Cheek, Board President
Mike Busick, Board Vice-President
Linda Tucker, Board Secretary

Sabrina Black
Patricia Carter-Lewis
Scott Cheek
Yolonda Solee

