IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          Case No. 2:70-CV-00010-BSM

COTTON PLANT SCHOOL DISTRICT #1, et al.                        DEFENDANTS

## ORDER

The England School District's motion for unitary status [Doc. No. 91] is denied without prejudice.

IT IS SO ORDERED this 6th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

1