**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 2:70-CV-00010 - BSM**

**COTTON PLANT SCHOOL DISTRICT #1, ET Al.** **DEFENDANTS**

**UNOPPOSED MOTION FOR UNITARY STATUS AND DISMISSAL**

Comes the Defendant, Watson Chapel School District #24 ("WCSD" or "the District"), and for its Unopposed Motion for Unitary Status and Dismissal ("Motion") states:

1. This case was originally filed in July 1970 by the Plaintiff, the United States of America ("United States") against several Arkansas public school districts, including WCSD, which is a public-school district operating in Jefferson County, Arkansas. On November 17, 1970, the Court entered an Order enjoining the District from "discriminating on the basis of race against black students attending the public schools" in the District. On December 5, 2012, the United States notified the District in writing that it had concluded that the District had complied with its desegregation obligations in faculty and staff assignment, the administration of the Gifted and Talented Education Program, and inter-district transfers. At that time, the United States did not find that the District had complied with its desegregation obligations as to student discipline, and the United States continued to monitor WCSD in this area.

2. Following monitoring of the District's discipline policies and practices conducted by the United States and negotiations between the parties, on December 5, 2016, this Court approved a consent order jointly proposed by the United States and the District, which contained several provisions addressing student discipline (the "2016 Consent Order"). *See* Doc. 88.

3. The District has worked to implement the 2016 Consent Order since the 2016-2017 school year; however, due to budgetary constraints, loss of enrollment, loss of funding associated with enrollment, multiple changes in District leadership, and effects of the COVID pandemic, the District's compliance efforts were inconsistent. Nevertheless, the District continued to work in good faith with the United States, and the District believes it has substantially complied with the 2016 Consent Decree since approximately the 2022-2023 school year, as more fully detailed in the accompanying memorandum brief filed in support of this Motion.

4. The District now seeks a declaration of unitary status and dismissal of this case with prejudice as to the District.[1]

5. On January 23, 2026, the District filed its Unopposed Motion for Unitary Status and Dismissal after Public Notice and Comment (ECF No. 120) and Memorandum in Support of Unopposed Motion for Unitary Status and Dismissal (ECF No. 121). In those filings, the District proposed that the Court authorize the District to publish notice of the Motion to allow members of the public to share any objections or comments with the Court, with said objections or comments to be filed within thirty (30) days of the first date of publication of the notice.

6. On February 17, 2026, this Court entered an Order (ECF No. 125) directing WCSD to publish a Notice of Motion for Declaration of Unitary Status and an Objection and Comment Form (collectively, the "Notice").

7. On April 10, 2026, the District submitted a status report (ECF No. 130) notifying the Court that it had complied with the directives contained in the Court's February 17 Order: the Notice, along with a copy of the District's Motion and Brief, was first posted on the District's website and social media accounts on February 18, 2026. The Notice contained a statement

[1] The case continues as to the England School District.

notifying interested persons to submit objections or comments by March 19, 2026. On March 1, 2026 and March 16, 2026, the Notice was also published in the Pine Bluff Commercial.

8. The notice and comment period ended on March 19, 2026, and neither the District nor the United States received any objections or comments. The District defers to the Court on whether a fairness hearing should be held before the Court rules on the Motion.

9. The United States has no objection to the District's motion for unitary status and dismissal.

WHEREFORE, the Defendant, Watson Chapel School District #24, requests that the Court enter an order granting the District's Motion for Unitary Status and dismissing Watson Chapel School District from this case, with prejudice.

Respectfully submitted,

/s/ Whitney F. Moore
Whitney F. Moore (Ark. Bar No. 2009193)
Whitney F. Moore, P.A.
23 Huntington Road
Little Rock, Arkansas 72227
Phone: (870) 818-5490
Email: whitney@aprobertslaw.com

and

W. Cody Kees (Ark. Bar No. 2012118)
Bequette, Billingsley & Kees, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: ckees@bbpalaw.com

Attorneys for Watson Chapel School District #24